Placeholder for Exhibit 1

**Video from Officer Eric Keyes' squad car taken on December 31, 2019**