IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Ronald Edward Young,

       v.

Eric Keyes, et al

**DESCRIPTION OF DOCUMENT FILED CONVENTIONALLY**

Case No.:   1:23-cv-174

---

This document is a place holder for the following item(s) which is(are) filed in conventional or physical form with the Clerk's Office:

USB Drive with Exhibit 1 - Video Recording & Exhibit 2 - Video Recording

This filing was not e-filed for the following reason(s):

[✓] Exempt pursuant to the court's Administrative Policy Governing Electronic Filing and Service

[ ] Other:

*Clerk's Office Internal Form:  E-file this place holder in ECF in place of the conventionally filed document(s).*

Rev. 10/2011