Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Ronald Edward Young,

    Plaintiff,

v.

Eric Keyes, acting in his individual capacity as a Williston police officer, and Nick Rintamaki, acting in his individual capacity as a Williston police officer,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:23-cv-174

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated July 31, 2024, the Defendants' Motion to Dismiss is GRANTED. The Complaint is DISMISSED with prejudice.

Date: July 31, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*